**FILED**
DEC 3 0 2009
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lawrence Wilder, Sr.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 09 2448 |
| ) | |
| **Warshaw One, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

Before the Court is the plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed.

The plaintiff, a self-described "psychiatrically disabled 44-year-old African American male," Compl. at 1-2 (punctuation and spelling altered), purports to bring claims under several federal statutes and the common law, and demands $100 million in damages. The nine-page complaint is rambling and incoherent. It makes mention of numerous famous persons, including the D.C. madam, *id.* at 9, and O.J. Simpson, *id.* at 4. It contains numerous references to prostitution. *Id.* at 3, 4. It identifies several doctors and Maryland state and federal judges and prosecutors by name. *See id.* at 4, 5, 6. It also alleges that one of the defendants, allegedly a former co-habitant, "stalked [him] in different states," *id.* at 7, and in his "Baltimore city neighbor[hood] and caused hate crimes, while disrespecting my Janet Reno DOJ pardon granted on September 28, 2000[,] the 13th anniversary of my President Ronald Reagan Executive appointment at NASA Goddard Space Flight Center," *id.* at 8.

A complaint such as this one that describes fantastic or delusional scenarios is subject to

immediate dismissal. *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). Moreover, a complaint may be dismissed as frivolous when it lacks "an arguable basis in law and fact." *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). Accordingly, this complaint will be dismissed.

A separate appropriate order accompanies this memorandum opinion.

/s/ _____
United States District Judge

Date: 12/21/09